UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
22-CR-00236-SRN-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| v. | ) | |
| | ) | |
| HANNA MAREKEGN, | ) | |
| | ) | |
| Defendant. | ) | |

\* \* \* \* \* \* \* \* \* \*

The undersigned hereby notifies the Court and counsel that Andrew M. Irlbeck appears as attorney of record in this matter for Defendant Hanna Marekegn.

Respectfully Submitted,

**ANDREW IRLBECK LAWYER CHTD.**

Dated: September 20, 2022

/s/ Andrew M. Irlbeck
Andrew M. Irlbeck, #392626
332 Minnesota St., Ste. W1610
St. Paul, MN 55101
Phone: 612-986-3895
Fax: 651-223-5179
andrew@irlbecklaw.com
ATTORNEY FOR DEFENDANT

1