# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-CR-236 (NEB) |
| Plaintiff, | |
| v. | ORDER APPROVING INTERLOCUTORY SALE OF REAL PROPERTY |
| HANNA MAREKEGN, | |
| Defendant. | |

Based upon the Joint Stipulation and Motion for Interlocutory Sale of Real Property, (ECF No. 17), of Plaintiff United States of America, Defendant Hanna Marekegn, and Defendant's spouse, Abukar Mohamed Sheikh, for good cause shown, IT IS HEREBY ORDERED that:

1. The joint stipulation and motion for interlocutory sale of the real property located at 4100 Parklawn Ave., Unit 301, Edina, Hennepin County, Minnesota 55435 legally described as Apartment Ownership No. 0088 Heatherton of Edina Condominiums, with Property Tax Id. No. 31-028-24-41-0083 ("the Real Property") is GRANTED.

2. The Real Property shall be sold pursuant to the terms of the Joint Stipulation and Motion for Interlocutory Sale of Real Property, all of which shall be deemed in full force and effect.

3. Pursuant to the Joint Stipulation and Motion for Interlocutory Sale of Real Property, the net proceeds from the sale of the Real Property shall be treated as a substitute *res* for the Real Property for purposes of this action, and shall be held in escrow by the United States Marshals Service pending further order of this Court or agreement of the parties.

4. This Order shall expire and become null and void upon the issuance of a Final Order of Forfeiture that vests all rights, title and interest in the Real Property to the United States.

Dated: October 18, 2022　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　s/Nancy E. Brasel
　　　　　　　　　　　　　　　　　　　　　Nancy E. Brasel
　　　　　　　　　　　　　　　　　　　　　United States District Judge