PS 8  
(Rev 5/10)

Filed by the Clerk

# UNITED STATES DISTRICT COURT
## for
### District of Minnesota

U.S.A. vs. Hanna Marekegn          Docket No. 0864 0:22CR00236-001(NEB)

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Houa Vang, U.S. PROBATION OFFICER OF THE COURT, presenting an official report regarding **Hanna Marekegn** (Marekegn herein) who was placed under pretrial supervision by the Honorable Nancy E. Brasel, sitting in the Court at Minneapolis on the 13th day of October, 2022, under the following special conditions:

- Pretrial Services Supervision
- Surrender Passport (Satisfied)
- Obtain No New Passport
- Travel Restrictions
- No Contact with Victim / Witness / Codefendants
- Weapons Restriction
- Report Contact with Law Enforcement
- Other Financial Obligations
- Employment Requirements / Restrictions
- No Unapproved Credit Card Charges / Lines of Credit
- Financial Disclosures
- No Access to Federal Child Nutrition Program Funds

Marekegn is pending sentencing for Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 371.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Marekegn plans to permanently relocate to Orlando, Florida. Consequently, she will be supervised by the U.S. Pretrial Services Office in Orlando.

Petition for Action on Conditions of Pretrial Release          RE: Hanna Marekegn
Page 2

PRAYING THAT THE COURT WILL ORDER that the following travel restriction condition be modified to the following:

- Travel shall be restricted to Minnesota (court purposes only) and Florida, unless approved by the supervising officer.

ORDER OF THE COURT

Considered and ordered this ___2nd___ day of ___August___, 2023, and ordered filed and made a part of the records in the above case.

s/Nancy E. Brasel
Nancy E. Brasel
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ *Houa Vang*
Houa Vang
Senior U.S. Probation Officer
612-508-8362

Executed on   August 2, 2023

Place   St. Paul

Approved:

s/*Maribel Andrade-Vera*
Maribel Andrade-Vera
Supervising U.S. Probation Officer