**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
Criminal No. 22-236 (NEB)

UNITED STATES OF AMERICA,

   Plaintiff,            **MOTION TO SEAL**

v.

HANNA MAREKEGN,

   Defendant.

   The United States of America, by and through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Craig R. Baune, Assistant United States Attorney, respectfully submits this motion to seal documents pursuant to Local Rule 49.1(d).

Dated: 8/4/2023          ANDREW M. LUGER
                  United States Attorney

                  *s/Craig Baune*
                  BY: CRAIG R. BAUNE
                  Assistant U.S. Attorney
                  Attorney ID No. 331727