UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-236 (NEB)

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION TO SEAL** |
| v. | |
| HANNA MAREKEGN, | |
| Defendant. | |

This matter is before the Court upon the Government's Motion to Seal Documents. ECF No. 34. The Court grants the motion for good cause shown.

**IT IS HEREBY ORDERED** that the Motion to Seal Documents ECF Nos. 29 and 30 is **GRANTED** and the documents will remain sealed for a period of twelve months from the date of this Court's Order, or until August 4, 2024, whichever is later.

DATED:

_____
NANCY E. BRASEL
United States District Judge