# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-CR-236 (NEB) |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL |
| HANNA MAREKEGN, | |
| Defendant. | |

This matter is before the Court upon the Government's Motion to Seal Documents. (ECF No. 34.) The Court grants the motion for good cause shown.

IT IS HEREBY ORDERED that the Motion to Seal Documents ECF Nos. 29 and 30 is GRANTED. These documents and ECF No. 35 shall remain sealed until August 7, 2024.

Dated: August 7, 2023

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge