# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**UNDER SEAL**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 22-85 (NEB/TNL) |
| MOHAMED JAMA ISMAIL | |
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 22-124 (NEB/TNL) |
| ABDIAZIZ SHAFI FARAH, ET AL. | |
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 22-222 (NEB/TNL) |
| LIBAN YASIN ALISHIRE, ET AL. | |
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 22-223 (NEB/TNL) |
| AIMEE MARIE BOCK, ET AL. | |
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 22-224 (NEB/TNL) |
| QAMAR AHMED HASSAN, ET AL. | |

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 22-225 (NEB/TNL) |
| SHARMAKE JAMA, ET AL. | |
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 22-226 (NEB/TNL) |
| HAJI OSMAN SALAD, ET AL. | |
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 22-236 (NEB) |
| HANNA MARAKEGN | |
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 22-237 (NEB) |
| BEKAM ADDISSU MERDASSA | |
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 22-238 (NEB) |
| HADITH YUSUF AHMED | |
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 22-277 (NEB/TNL) |
| MEKFIRA HUSSEIN | |

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No.  22-293 (NEB/TNL) |
| MOHAMED MUSE NOOR | |
| UNITED STATES OF AMERICA | |
| v. | Criminal No.  23-80 (NEB/TNL) |
| AYAN FARAH ABUKAR | |
| UNITED STATES OF AMERICA | |
| v. | Criminal No.  23-81 (NEB/TNL) |
| SADE OSMAN HASHI | |
| UNITED STATES OF AMERICA | |
| v. | Criminal No.  23-82 (NEB/TNL) |
| SHARON ROSS | |
| UNITED STATES OF AMERICA | |
| v. | Criminal No.  23-91 (NEB/TNL) |
| MUHAMED HUSSEIN, ET AL. | |
| UNITED STATES OF AMERICA | |
| v. | Criminal No.  23-92 (NEB) |
| MULATA ALI | |

3

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No.  24-13 (PJS/DTS) |
| SAID EREG ET AL. | |
| | |
| UNITED STATES OF AMERICA | |
| v. | Criminal No.  24-15 (ECT/DJF) |
| IKRAM YUSUF MOHAMED ET AL. | |
| | |
| UNITED STATES OF AMERICA | |
| v. | Criminal No.  24-24 (JWB) |
| HODA ALI ABDI | |

**NOTICE TO THE COURT OF POSSIBLE RELATED CASES**

The undersigned attorney hereby notifies the Court and counsel that the above-captioned cases are related for the following reasons:

- The cases involve the same act or transaction connected with or constituting a part of a common conspiracy, scheme or plan;

- The cases arise out of the same operative set of facts, behavioral episode or course of conduct whether the prior cases are open or closed;

- The cases arise out of the same investigation and have temporal proximity;

- A subsequent case results from cooperation rendered by a defendant or defendants in a previous case, whether open or closed; and

4

- The cases stem from an investigation of a common organization; e.g., a particular gang, corporation, financial institution, etc., and the cases involve common personnel and/or factual scenarios.

Dated: February 7, 2024

Respectfully submitted,

ANDREW M. LUGER
United States Attorney

BY:   /s/ *Joseph H. Thompson*
JOSEPH H. THOMPSON
HARRY M. JACOBS
CHELSEA A. WALCKER
MATTHEW S. EBERT
Assistant United States Attorneys