**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

HANNA MAREKEGN,

      Defendant.

Case No. 22-cr-236 (NEB)

**DECLARATION OF SEAN STEAD**
**IN SUPPORT OF MOTION FOR**
**PRELIMINARY ORDER**
**OF FORFEITURE**

Sean Stead, for his declaration pursuant to 28 U.S.C. § 1746, states as follows:

1.     I am a Senior Inspector with the U.S. Marshals Service ("USMS") and assigned to the U.S. Attorney's Office for the District of Minnesota as an Asset Forfeiture Financial Investigator tasked with conducting federal investigations involving civil and criminal forfeiture litigation and enforcing forfeiture judgments.

2.     My duties and responsibilities include conducting asset and financial-related investigations and interviews; participating in asset forfeiture related depositions; testifying in criminal and civil court proceedings; enforcing court orders; collecting on forfeiture money judgments; and conducting asset forfeiture operations, which include executing search and seizure warrants, pre-seizure property evaluations and serving asset forfeiture-related legal process.

3.     This Declaration is based on my training, experience, personal knowledge, and review of documents including official records, real estate recordings and title documents. This Declaration is made for the limited purpose of providing additional information relevant to the United States' Motion for Preliminary Order of

Forfeiture against Defendant Hannah Marekegn. It is a supplement to all other information submitted in this case, including the Plea Agreement. Because this Declaration is made for a limited purpose, it does not contain all information known to me about the investigation and prosecution of Defendant Marekegn.

4.    I am informed, based upon data documents and correspondence I have reviewed, information entered into the Consolidated Asset Tracking System maintained by the Department of Justice, and my communications with the District Asset Forfeiture Coordinator for the District of Minnesota, among other things, that the real property located at 4100 Parklawn Ave., Unit 301, Edina, Minnesota was sold on or about November 4, 2022, for $150,000. The net proceeds of that sale, which totaled $132,877.01, were paid over to the USMS to be forfeited in lieu of that property in accordance with parties' Stipulation for Interlocutory Sale.

5.    I am informed, based upon data documents and correspondence I have reviewed, information entered into the Consolidated Asset Tracking System maintained by the Department of Justice, and my communications with the District Asset Forfeiture Coordinator for the District of Minnesota, among other things, that the real property located at 2830 Cabaline Trail, Medina, Minnesota was sold on or about January 23, 2024, for $1,370,000. The net proceeds of that sale, which totaled $1,220,984.69, were paid over to the United States Marshals Service ("USMS") to be forfeited in lieu of that property in accordance with parties' Stipulation for Interlocutory Sale.

6.      The $132,877.07 described in paragraph 4 and the $1,220,984.69 described in paragraph 5 are both being held by the USMS pending further order of the Court pursuant to the relevant Stipulations for Interlocutory Sale.

7.      The United States has undertaken an investigation to locate additional assets of Defendant Marekegn that constitute or are traceable to the proceeds she obtained from the fraud scheme charged in the Information filed against her in this case, but the majority of the proceeds of her offense cannot be located, have been transferred or sold, or have been placed beyond the jurisdiction of the court.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: 12/12/2024                              *s/Sean Stead*
                                               SEAN STEAD
                                               Senior Investigator,
                                               United States Marshals Service