UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

HANNA MAREKEGN,

Defendant.

Case No. 22-cr-236 (1) (NEB/DTS)

**ORDER GRANTING DEFENDANT'S MOTION FOR TRAVEL AUTHORIZATION**

---

This matter is before the Court on Defendant Hanna Marekegn's Motion for Permission to Travel to Ethiopia to join her family in the mourning of her father from December 26, 2026 to January 28, 2027. (ECF No. 72.) Defendant has provided her itinerary the U.S. Probation and Pretrial Services Office. Neither the Government nor the U.S. Probation and Pretrial Services Office object to the request.

The Court has taken requests for international travel in these cases on an individual basis and this is the first such request by this Defendant. Given Marekegn's compliance while on pretrial release since September 2022 and work she has done to pay some of the restitution she owes, this request is GRANTED. Defendant shall provide the U.S. Probation and Pretrial Services Office with her final travel itinerary, abide by her pretrial release conditions while traveling and must report to the US Probation and Pretrial Services Office to turn over her passport within 24 hours after her return to the United States.

Dated: November 25, 2026

s/Nancy E. Brasel
Nancy E. Brasel
United States District Court Judge